UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT L. SMITH, JR. | ) | |
| | ) | |
| v. | ) | NO. 3:05-0860 |
| | ) | JUDGE CAMPBELL |
| CAPTAIN K. BAUGH, et al. | ) | |

ORDER

Pending before the Court is a Report and Recommendation (Docket No. 54) filed by the Magistrate Judge. The Report and Recommendation recommends that Plaintiff's Motion (Docket No. 5) for a temporary restraining order be denied. No objections to the Report and Recommendation have been filed.

The Court has independently reviewed the Magistrate Judge's findings and conclusions and has made a de novo determination on the pending matters. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b).

The Report and Recommendation (Docket No. 54) is accepted and Plaintiff's Motion (Docket No. 5) is DENIED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE