IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT L. SMITH, JR.        )
                            )
v.                          ) NO.  3:05-0860
                            ) JUDGE CAMPBELL
CAPTAIN K. BAUGH, et al.    )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 110) and Plaintiff's Objections thereto (Docket No. 116). The Court has reviewed the Report and Recommendation, Plaintiff's Objections, and the file.

The Plaintiff's Objections are overruled, and the Report and Recommendation of the Magistrate Judge (Docket No. 110) is adopted and approved. Accordingly, Plaintiff's Motion for Temporary Restraining Order (Docket No. 103) is DENIED.

IT IS SO ORDERED.

                                    _____
                                    TODD J. CAMPBELL
                                    UNITED STATES DISTRICT JUDGE