IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT L. SMITH, JR.                )
                                    )
v.                                  ) NO.  3:05-0860
                                    ) JUDGE CAMPBELL
CAPTAIN K. BAUGH, et al.            )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 157), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Docket No. 129) is GRANTED, and Plaintiff's Motion for Summary Judgment (Docket No. 142) is DENIED. This action is DISMISSED. The trial set for December 11, 2007, and the pretrial conference set for December 3, 2007, are canceled.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE